UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY
No. 15-32866

| FRANK W. THOMAS, SR. | XXX-XX-3971 |
|---|---|
| Name | Soc. Sec. Number |

Include here all names used by the debtor(s) within the last 6 years if different from above:

CHAPTER 13 DEBTOR'S PLAN

(1)  The debtor(s) shall pay to the Trustee out of future earnings or other income the sum of $ 134 per month for a total plan length of __60__ months. The debtor(s) submits all or such portion of the future earnings or other income as necessary for the execution of the plan to the control of the Trustee. 11 U.S.C. Section 1322 (a) (1).

(2) All claims entitled to priority under 11 U.S.C. Section 507 shall be paid in full in deferred cash payment unless the holder of a particular claim agrees to a different treatment of such claim. 11 U.S.C. Section 1322 (a) (2)

(3) Creditors holding unsecured claims shall be divided into two classes. 11 U.S.C. 1122 (b).
    Class A:    Class A shall consist of creditors holding allowed unsecured claims of $100.00 or less. The claims of such creditors shall be paid in full prior to any payment on unsecured claims in Class B.
    Class B:    Class B shall consist of creditor holding allowed unsecured claims of any amount greater than $100.00. The claims of such creditors shall be paid pro rata a 100% dividend, after payments in full to all secured and priority claims.

(4) Creditors holding allowed unsecured claims shall be paid:

   __X__ in full

   ____ to the extent of ____ cents on the dollar.

No interest accruing after the date of the filing of the petition shall be allowed on the claims of creditors holding allowed unsecured claims. Unmatured interest shall be rebated in determining the allowed amount of any such claim. 11 U.S.C. Section 502 (b) (2).

(5) The holder of any allowed secured claim provided for by the plan shall retain a lien securing such claim until the amount for which the claim is allowed as secured is paid in full. 11 U.S.C. Section 1325 (a) (5) (B) (I) , 11 U.S.C. Section 1327 ©).

| Creditor | Claim | Secured | Interest | Payment |
|---|---|---|---|---|
| American Tax Funding, LLC | $4654.12 | $4654.12 | 12% | Per trustee |

(6) The plan may provide for the curing of waiving of any default. 11 U.S.C. Section 1322 (b) (5).

(7) Each of the following named creditors holds a mortgage lien completely unsecured by any unliened value in the liened property or a judicial lien or non-possessory, nonpurchase-money security interest encumbering property of a kind specified in 11 U.S.C. Section 522 (f) (2) (A) (B) of ©), which the debtor is entitled to claim as exempt and has claimed exempt in this case. Unless any such creditor files timely objection to confirmation of the plan and Court after hearing the objection finds the debtor may not avoid the lien of such creditor under 11 U.S.C. Section 522 (f), then upon confirmation of the plan the property encumbered by the lien of any such named creditors shall vest in the debtor free and clear of any claim or interest of any of said creditors as provided by 11 U.S.C. Section 1327, and the claims of any such creditors who file claims shall be allowed as unsecured claims and paid on a parity with other allowed unsecured claims.

(8) The debtor hereby rejects as burdensome the following executory contracts of the debtor. (Give details concerning the other party or parties to the contract and nature of the contract.

Any Claim filed by said creditor arising from rejection of the executory contract shall be allowed as if such claim had arisen before the date of the filing of the petition, subject to the right of the debtor or the Trustee to object to the amount of the claim. 11 U.S.C. Section 520 (g).

Date:   September 1, 2015

_____ /s/ _____
ATTORNEY FOR DEBTOR(S)
Robert J. Morrison
310 West Liberty Suite 410
Louisville, KY 40202
Phone Number: (502) 587-0304

_____
DEBTOR(S)

Summary of Debts as scheduled:

| | |
|---|---|
| PRIORITY...................................................... | $0 |
| SECURED OR PARTIALLY SECURED...... (excluding debts secured by an interest in real estate) | $4654.12 |
| UNSECURED............................................ | $0 |
| TOTAL DISBURSEMENTS......................... | $4654.12 |